UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TITUS LEWIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-06-0033-JLQ-2 <br> **ORDER DENYING MOTION TO RECONSIDER** |

    BEFORE THE COURT is the Defendant Titus Lewis' Motion for Reconsideration (ECF No. 103) of the Court's June 15, 2012 Order denying his motion to modify sentence.

### I. Introduction and Background

    Defendant pled guilty to one count of Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base in violation of 21 U.S.C. §§ 846 and 841(a)(1) and was sentenced to 143 months. (Judgment at ECF No. 37-2). Defendant previously brought a Motion for Reduction in Sentence, which was granted, reducing the sentence to 140 months. See Court's Order (ECF No. 74). Not satisfied with the reduction, Defendant appealed, and the Ninth Circuit affirmed. See Opinion (ECF No. 95). Defendant is currently serving the 140-month sentence.

    Defendant then filed on April 30, 2012 a Motion to Modify Sentence (ECF No. 97) based on further amendments to the Fair Sentencing Act of 2010. Defendant alleged amendments 750 and 759, effective November 1, 2011, entitled him to a further reduction in sentence. Defendant argued that a sentence reduction to the mandatory minimum of 10

ORDER - 1


years (120 months) is appropriate. (ECF No. 101). The Government responded, and this court denied the motion.

## II. Discussion

Defendant's Motion to Reconsider sets forth no valid legal basis for resentencing. Defendant continues to make arguments previously rejected by this court. Defendant wishes for the court to consider his rehabilitative efforts, and to apply the § 3553(a) factors and reduce his sentence. Defendant is not eligible for resentencing. As stated in the June 15, 2012 Order of this court, Defendant does not fall within the terms of 18 U.S.C. § 3582(c)(2). Defendant's applicable sentencing range has not subsequently been lowered by the Sentencing Commission.

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Reconsider (ECF No. 103) is **DENIED**.

**IT IS SO ORDERED:**

The Clerk is hereby directed to enter this Order and furnish copies to counsel and Mr. Lewis who is proceeding *pro se*.

**DATED** this 17th day of July, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE