PROB 12C
(6/16)

Report Date: January 6, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Titus Lewis                Case Number: 0980 2:06CR00033-JLQ-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 12, 2006
Date of 1st Sentence Reduction: August 6, 2009
Date of 2nd Sentence Reduction: November 1, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, 21 U.S.C. §§ 846 and 841(a)(1) |
| Original Sentence: | Prison - 143 months       Type of Supervision: Supervised Release
TSR - 60 months |
| 1st Sentence Reduction: | Prison - 140 months
TSR - 60 months |
| 2nd Sentence Reduction: | Prison - 126 months
TSR - 60 months |
| Asst. U.S. Attorney: | Russell E. Smoot       Date Supervision Commenced: October 30, 2015 |
| Defense Attorney: | Amy H. Rubin       Date Supervision Expires: October 29, 2020 |

### PETITIONING THE COURT

To issue a **summons**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Titus Lewis is alleged to have been arrested for second degree assault - domestic violence (strangulation) on January 1, 2020.

On November 2, 2015, Mr. Lewis' conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of them, to include mandatory condition number 2.

According to Spokane Police Department (SPD) case report number 2020-20000146, on January 1, 2020, an SPD officer was dispatched to a residence regarding a domestic violence

assault. The alleged victim called 911 to report Mr. Lewis had choked her and stolen her belongings. Mr. Lewis left the residence in a vehicle with his ex-girlfriend.

Upon arrival, the police officer spoke with the alleged victim. She reported that on the night of January 1, 2020, Mr. Lewis and the alleged victim were scheduled to celebrate the New Year together. Mr. Lewis reportedly arrived at the victim's residence highly intoxicated on alcohol with his ex-girlfriend. Mr. Lewis or the ex-girlfriend used a key to enter the residence. The ex-girlfriend allegedly pushed the victim to the ground and went into a bedroom to gather Mr. Lewis' belongings. Mr. Lewis allegedly came through a doorway and placed the victim in a choke-hold, but did not apply pressure on her neck. He released the victim a few seconds later.

Mr. Lewis proceeded to the living room of the residence and attempted to take a television. The victim attempted to stop him. Mr. Lewis placed the victim in a choke-hold and applied pressure to the point she could not breathe.

The officer observed bruising on the victim's neck consistent with strangulation, bruising on her arms (she could not recall how she received the bruises), and a "busted" lip.

Another responding police officer noted the victim's children were present during the incident. The victim gave permission to speak to her 12-year-old child. The child reported Mr. Lewis and another female barged through the front door of the apartment. Mr. Lewis grabbed the victim around the neck and shoulder area. Mr. Lewis allegedly pushed the victim down. He later put the victim in a choke-hold around her neck. The child indicated Mr. Lewis "drug" the victim around the house while he had his arm around her neck.

The victim indicated Mr. Lewis may be at his ex-girlfriend's residence. Police officers went to the ex-girlfriend's residence. While in their patrol car, a vehicle registered to Mr. Lewis drove by the officers. A traffic stop was conducted by the officers. Mr. Lewis' ex-girlfriend was the only occupant in the vehicle. She was detained and questioned by the officers

The ex-girlfriend reported she received a phone call from Mr. Lewis to pick him up and collect his belongings from the alleged victim's residence. She and Mr. Lewis traveled to the victim's residence. Upon arrival, Mr. Lewis opened the door and they both entered the residence. The ex-girlfriend denied pushing the victim and did not witness Mr. Lewis assault the victim either. She stated, she and Mr. Lewis gathered his belongings and left the residence. The ex-girlfriend stated she dropped Mr. Lewis off near a park in Spokane, Washington.

Later in the day on January 1, 2020, Mr. Lewis contacted the investigating police officer and agreed to meet with the officer.

Mr. Lewis reported to the officer that he had arrived at the alleged victim's home and entered with this ex-girlfriend. Mr. Lewis collected his belongings, with the help of his ex-girlfriend. He said he argued with the alleged victim, but denied assaulting her. Mr. Lewis stated the alleged victim scratched him. He had visible scratches on his back and forearms.

Based on the alleged victim's injuries and a witness statement, Mr. Lewis was arrested for second degree assault-domestic violence (strangulation). Subsequently, Mr. Lewis was booked into the Spokane County Jail.

Prob12C
**Re: Lewis, Titus**
**January 6, 2020**
Page 3

Available court records indicate Mr. Lewis has been formally charged in Spokane County Superior Court, case number 20-1-00023-32, with assault 2nd degree strangulation intimate partner and assault 4 - domestic violence. Court records indicate Mr. Lewis appeared in Spokane Superior Court on January 2, 2020. An order establishing conditions of release were fashioned at that time. Mr. Lewis' next scheduled court appearance in Spokane County Superior Court is on January 15, 2020.

The U.S. Probation Office respectfully recommends the Court issue **a summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/06/2020

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/7/2020
Date